UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MITCHELL M. HAAS,

**ORDER**

**07-CV-4788 (NGG)**

Plaintiff,

-against-

BROOKHAVEN MEMORIAL
HOSPITAL, et al.,

Defendants.
----------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

The Report and Recommendation ("R&R") of Magistrate Judge Arlene R. Lindsay dated January 6, 2010 (Docket Entry #28), though unopposed, has been reviewed by the court and is hereby adopted in its entirety. Accordingly, Plaintiff's action is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: Brooklyn, New York
February 3, 2010

s/Nicholas G. Garaufis
_____
NICHOLAS G. GARAUFIS
United States District Judge